PHILLIP A. TALBERT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br><br>                    v.<br><br>KEVIN DAIL MEADORS,<br><br>                                 Defendant. | CASE NO.  2:24-cr-00292-JAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER**<br><br>DATE: January 7, 2025,<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its attorneys of record, Special Assistant United States Attorney, Nchekube Onyima, Assistant United States Attorney, Shea J. Kenny, and defendant Kevin Dail Meadors, both individually and by and through his counsel of record, Adam Weiner, hereby stipulate as follows:

1.      By previous order this matter was set for status on January 7, 2025.  The Order excluded time from November 12, 2024, through January 7, 2025, under Local Code T4.

2.      By this stipulation, defendant now moves to continue the status conference until **February 25, 2025, at 09:00 a.m.**, and exclude time between January 7, 2025, and February 25, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)     The discovery associated with this case consists of 914 pages of documents including police reports and images, as well as recorded interviews and videos.  The discovery also consists of at least one forensic report of the defendant's digital device.

b)     Much of this discovery is subject to protective order requiring inspection in the government's office.  Discovery not required to be inspected in the government's office has been issued by the government directly to defense counsel and/or made available for inspection and copying.

c)     Counsel for defendant requires additional time to review and copy discovery for this matter, discuss potential resolution with his client, and otherwise prepare for trial.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2025, to February 25, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial

3   must commence.

4

5        IT IS SO STIPULATED.

6

7                                                    PHILLIP A. TALBERT
                                                     United States Attorney
8

9   Dated:  December 13, 2024              /s/Nchekube Onyima
                                                     NCHEKUBE ONYIMA
10                                                   Special Assistant United States Attorney

11

12  Dated: December 13, 2024
                                                     /s/Shea J. Kenny
13                                                   SHEA J. KENNY
                                                     Assistant United States Attorney
14

15  Dated:  December 13, 2024              /s/Adam Weiner

16                                                   ADAM WEINER
                                                     Counsel for Defendant
17                                                   Kevin Dail Meadors

18

19

20                                  **ORDER**

21  IT IS SO FOUND AND ORDERED.

22

23

24  Dated: December 16, 2024              /s/ John A. Mendez

                                                     THE HONORABLE JOHN A. MENDEZ
25                                                   SENIOR UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION TO CONTINUE AND EXCLUSION          3
OF TIME UNDER SPEEDY TRIAL ACT