MICHELE BECKWITH
Acting United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>KEVIN DAIL MEADORS<br><br>       Defendant. | CASE NO. 2:24-cr-00292-JAM<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**<br><br>DATE: February 25, 2025,<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its attorneys of record, Nchekube Onyima, Special Assistant United States Attorney, and Shea J. Kenny, Assistant United States Attorney, and defendant Kevin Dail Meadors, both individually and by and through his counsel of record, Adam T. Weiner, hereby stipulate as follows:

1. By previous order this matter was set for status on February 25, 2025, and excluded time from January 7, 2025, through February 25, 2025, under Local Code T4.

2. By this stipulation, defendant now moves to continue the status conference until **May 06, 2025, at 09:00 a.m.**, and to exclude time between February 25, 2025, and May 6, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

      a)     Defense counsel has represented that he is presently in trial in another matter for several more weeks.

      b)     The government has represented that the discovery in this case includes several hundreds of pages of documents, including police reports and images, as well as recorded interviews and videos. The discovery also consists of at least one forensic report of the defendant's digital device. Some of this discovery is covered by a Protective Order.

      c)     Due to the nature of the discovery in this case and the Protective Order, defense counsel is required to view some of the discovery in person and is currently coordinating with the government's agent to do so.

      d)     As such, defense counsel requires additional time to review and copy discovery for this matter, discuss potential resolution with his client, and otherwise prepare for trial.

      e)     Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)     The government does not object to the continuance.

      g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 25, 2025, to May 6, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED.

                                         MICHELE BECKWITH
                                         Acting United States Attorney

Dated: February 18, 2025            /s/Nchekube Onyima
                                         NCHEKUBE ONYIMA
                                         Special Assistant United States Attorney
                                         SHEA J. KENNY
                                         Assistant United States Attorney

Dated: February 18, 2025            /s/Adam T. Weiner
                                         ADAM T. WEINER
                                         Counsel for Defendant
                                         Kevin Dail Meadors

## ORDER

IT IS SO ORDERED.

Dated: February 18, 2025            /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE