1 | MICHELE BECKWITH
Acting United States Attorney
2 | NCHEKUBE ONYIMA
Special Assistant United States Attorney
3 | SHEA J. KENNY
Assistant United States Attorney
4 | 501 I Street, Suite 10-100
Sacramento, CA 95814
5 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
6
7 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0292-JAM |
|---|---|
| Plaintiff, | **FOURTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| KEVIN DAIL MEADORS, | DATE: May 13, 2025
TIME: 9:00 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its attorneys of record, Nchekube Onyima, Special Assistant United States Attorney, and Shea J. Kenny, Assistant United States Attorney, and defendant Kevin Dail Meadors, both individually and by and through his counsel of record, Adam T. Weiner, hereby stipulate as follows:

1. By previous order this matter was set for status on May 6, 2025, and excluded time from January February 25, 2025, through May 6, 2025, under Local Code T4. ECF 27.

2. On the Court's own motion, the May 6, 2024, status conference date was vacated and reset to May 13, 2025. The parties were invited to file a Stipulation and Proposed Order to exclude time. ECF 28.

3. By this stipulation, defendant now moves to continue the status conference until **July 15,**

STIPULATION AND ORDER                1

**2025, at 09:00 a.m.**, and to exclude time between May 6, 2025, and July 15, 2025, under Local Code T4.

    4.      The parties agree and stipulate, and request that the Court find the following:

        a)      Defense has represented that he requires additional time to prepare due to schedule and health concerns. Defense counsel has represented that he has recently concluded a trial that went longer than expected, and is now preparing for several future trials. Defense counsel has also represented that he is experiencing complications from a recent surgery that has impacted his ability to prepare for this case.

        b)      The government has represented that the discovery in this case includes several hundreds of pages of documents, including police reports and images, as well as recorded interviews and videos. The discovery also consists of at least one forensic report of the defendant's digital device. Some of this discovery is covered by a Protective Order.

        c)      Due to the nature of the discovery in this case and the Protective Order, defense counsel is required to view some of the discovery in person and is currently coordinating with the government's agent to do so.

        d)      As such, defense counsel requires additional time to review and copy discovery for this matter, discuss potential resolution with his client, and otherwise prepare for trial.

        e)      Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        f)      The government does not object to the continuance.

        g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2025 to July 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of

STIPULATION AND ORDER         2

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED.

                                            MICHELE BECKWITH
                                            Acting United States Attorney

Dated: April 29, 2025                 /s/Nchekube Onyima
                                            NCHEKUBE ONYIMA
                                            Special Assistant United States Attorney
                                            SHEA J. KENNY
                                            Assistant United States Attorney

Dated: April 29, 2025                 /s/Adam T. Weiner
                                            ADAM T. WEINER
                                            Counsel for Defendant
                                            Kevin Dail Meadors

**ORDER**

IT IS SO ORDERED.

Dated: April 30, 2025                 /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE