ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-00292-JAM |
| Plaintiff, | **STIPULATION AND ORDER FOR PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| KEVIN DAIL MEADORS, | |
| Defendant. | |

The United States and defendant Kevin Dail Meadors stipulate to the entry of a Preliminary Order of Forfeiture based on the Application of the United States, as set forth below:

1.      The Indictment in this case charges defendant Kevin Dail Meadors with Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2).  The Indictment also included a Forfeiture Allegation referencing the below listed assets.  On or about March 3, 2026, defendant Kevin Dail Meadors entered a guilty plea to the single count in the Indictment[1].

2.      Pursuant to 18 U.S.C. § 2253(a), the United States hereby applies for entry of a Preliminary Order of Forfeiture as to the following property:

        a.      HP laptop, Model 15m-ed1023dx, and
        b.      Optane solid state drive, Serial Number: BTTE030601U5512B.

3.      The above-listed property was used or intended to be used to commit and to promote the

---

[1] The forfeiture was inadvertently left out of the plea agreement.

1

commission of a violation of 18 U.S.C. § 2252(a)(2).

4. The defendant waives oral pronouncement of forfeiture at the time of sentencing and any defects in such pronouncement that pertains to forfeiture and waives any defenses to forfeiture.

5. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

6. a. Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

Dated: 3/30/2026

ERIC GRANT
United States Attorney


 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney


Dated: 3/19/2026

/s/ Adam T. Weiner
ADAM T. WEINER
Attorney for Defendant Kevin Dail Meadors

2

ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KEVIN DAIL MEADORS,<br><br>                    Defendant. | 2:24-cr-00292-JAM<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Based upon the entry of plea of Kevin Dail Meadors and the stipulation and application for preliminary order of forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      Pursuant to 18 U.S.C. § 2253(a), defendant Kevin Dail Meadors's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a.      HP laptop, Model 15m-ed1023dx, and
      b.      Optane solid state drive, Serial Number: BTTE030601U5512B.

2.      The above-listed property was used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. § 2252(a)(2).

3.      Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

1

4.    a.    Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. Section 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

SO ORDERED.

Dated: April 02, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2

Preliminary Order of Forfeiture