ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>KEVIN DAIL MEADORS,<br><br>                              Defendant. | CASE NO.  2:24-cr-00292-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY PRESENTENCE SCHEDULE**<br><br>DATE: June 30, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsels, Special Assistant United States Attorney Nchekube Onyima, counsel for plaintiff, and Attorney Adam Weiner, counsel for defendant Kevin Dail Meadors, that the Judgment and Sentencing scheduled for June 30, 2026, be continued to **August 11, 2026, at 9:00 a.m.**

On May 27, 2026, defense counsel informed Government's counsel that he needs additional time to obtain records on the defendant's background, health issues, and meet with the defendant at FCI Mendota in Fresno, California where the defendant is currently housed.  The government and probation have no objection to the defendant's request to continue the judgement and sentencing.

Counsel has confirmed with the probation officer that she is able to meet the modified proposed timeline for the PSR and available for the scheduled sentencing.

//

//

STIPULATION AND ORDER TO CONTINUE
JUDGMENT AND SENTENCING

1

The parties agree to the following schedule: the Informal Objections to the Presentence Report are due July 14, 2026, Final Presentence Report is due July 21, 2025, Formal Objections are due on July 28, 2026, Reply/Statement of Non-opposition is due on August 4, 2026, and the Judgment and Sentencing is set for August 11, 2026.

Respectfully submitted,

Dated:  May 29, 2026

ERIC GRANT
United States Attorney

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant United States Attorney

/s/ ADAM WEINER
ADAM WEINER
Attorney for Defendant
KEVIN DAIL MEADORS

**O R D E R**

**IT IS HEREBY ORDERED** that the Judgment and Sentencing scheduled for June 30, 2026, at 9:00 a.m. is **CONTINUED** to **August 11, 2026, at 9:00 a.m.**  The schedule of disclosure for the PSR is as follows: Informal Objections to the Presentence Report are due **July 14, 2026**, Final Presentence Report is due **July 21, 2025**, Formal Objections are due on **July 28, 2026**, and Reply/Statement of Non-opposition is due on **August 4, 2026**.

Dated: June 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE
JUDGMENT AND SENTENCING

2