ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN DAIL MEADORS,

Defendant.

CASE NO. 2:24-cr-00292-JAM

**SECOND STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY PRESENTENCE SCHEDULE**

DATE: September 8, 2026
TIME: 9:00 a.m.
COURT: Hon. John A. Mendez

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsels, Special Assistant United States Attorney Nchekube Onyima, counsel for plaintiff, and Attorney Adam Weiner, counsel for defendant Kevin Dail Meadors, that the Judgment and Sentencing scheduled for September 8, 2026, be continued to **December 1, 2026, at 9:00 a.m.**

On July 14, 2026, defense counsel informed Government's counsel that he needs additional time to prepare for the sentencing hearing because he has a family medical issue that has arisen and impeded his ability to fully prepare for the hearing. The government and probation have no objection to the defendant's request to continue the judgement and sentencing.

Counsel has confirmed with the probation officer that she is able to meet the modified proposed timeline for the PSR and available for the scheduled sentencing.

//

//

The parties agree to the following schedule: the Informal Objections to the Presentence Report are due November 3, 2026, Final Presentence Report is due November 10, 2026, Formal Objections are due on November 17, 2026, Reply/Statement of Non-opposition is due on November 24, 2026, and the Judgment and Sentencing is set for December 1, 2026.

Respectfully submitted,

Dated: July 21, 2026

ERIC GRANT
United States Attorney

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant United States Attorney

/s/ ADAM WEINER
ADAM WEINER
Attorney for Defendant
KEVIN DAIL MEADORS

**O R D E R**

**IT IS HEREBY ORDERED** that the Judgment and Sentencing scheduled for September 8, 2026, at 9:00 a.m. is **CONTINUED** to **December 01, 2026, at 9:00 a.m.** The schedule of disclosure for the PSR is as follows: the Informal Objections to the Presentence Report are due **November 03, 2026**, Final Presentence Report is due **November 10, 2026**, Formal Objections are due on **November 17 2026**, and Reply/Statement of Non-opposition is due on **November 24, 2026**.

Dated: July 22, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE